IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SETH RODGERS, )<br>     )<br>    Plaintiff,     )<br>     )<br>    v.     )<br>     )<br>WEXFORD HEALTH SOURCES, )<br>INC., et al.,     )<br>     )<br>    Defendants.     ) | CIVIL ACTION NO.<br>2:19cv501-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit asserting that defendants were deliberately indifferent to his need for medical care for a gastrointestinal condition.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of July, 2022.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**